TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00214-CR







Jeffrey Rouse, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NO. 2020119, HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Walter C. Prentice, is ordered to tender a brief in this cause no later than September 7, 2007.

It is ordered August 15, 2007.

 


Before Chief Justice Law, Justices Waldrop and Henson

Do Not Publish